

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2021

No. 04-21-00047-CV

**IN RE STEVENS TANKER DIVISION, LLC**, and Richard R. Smith, Relators

Original Proceeding[1]

**AMENDED ORDER**

Relators' petition for writ of mandamus and motion for temporary relief are DENIED. This amended order replaces this court's February 12, 2021 administrative order.

It is so **ORDERED** on March 3, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI15600, styled *Cravey v. Stevens Tanker Division, LLC*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.